ELLEN O'DONNELL, Respondent, *v.* ROBERT McINTYRE,
Appellant.

Reported below, 37 Hun, 615.

(Argued October 22, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 26, 1885, which affirmed a judgment in favor
of plaintiff, entered upon the report of a referee.

*J. A. Stull* for appellant.

*Fanning & Williams* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY, J., not sitting.
Judgment affirmed.

---

ELLA M. TEN BROECK, Respondent, *v.* THE TRAVELERS'
INSURANCE COMPANY, Appellant.

(Argued October 23, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made December 14, 1886, which affirmed a judgment in favor
of plaintiff, entered upon a verdict, and affirmed an order
denying a motion for a new trial.

*John W. Lyon* for appellant.

*W. F. O'Neill* for respondent.

Agree to affirm; no opinion.
All concur, except BROWN, J., not sitting.